JOSEPH PISCOPO v. NANCY PISCOPO.

July 11, 1989.

Petition for certification denied.  (See 232 *N.J.Super.* 559)

JOSEPH PISCOPO v. NANCY PISCOPO.

July 11, 1989.

Cross-petition for certification denied.  (See 232 *N.J.Super.* 559)

EDWARD TURK, ET UX. v. CITY OF ATLANTIC CITY AND NORTHERN OUTDOOR ADVERTISING, INC.

July 11, 1989.

Petition for certification denied.

PASCHAL DISARIO, ET AL. v. HARVEY CEDARS HOMEOWNERS ASSOCIATION, ET AL.

July 11, 1989.

Petition for certification denied.